Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>CST CALIFORNIA STATIONS, INC., dba VALERO CORNER STORE #3784, et al.,<br><br>            Defendants. | No.  1:14-cv-01792-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants CST California Stations, Inc., dba Valero Corner Store #3784, and Valero California Retail Company, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 28, 2015						MOORE LAW FIRM, P.C.


						*/s/ Tanya E. Moore*
						Tanya E. Moore
						Attorney for Plaintiff
						Ronald Moore

Date: May 28, 2015						KEESAL, YOUNG & LOGAN


						*/s/ Garrett R. Wynne*
						Garrett R. Wynne
						Attorneys for Defendants
						CST California Stations, Inc., dba Valero Corner Store #3784, and Valero California Retail Company

**ORDER**


	The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.


Dated:   **May 29, 2015**				  /s/ Barbara A. McAuliffe
						UNITED STATES MAGISTRATE JUDGE